UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **NAHID S. YOUNAN,** )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of the Social** )<br>**Security Administration,** )<br>  )<br>  Defendant. )<br>_____ ) | Case No. CV 06-07359 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and this case is **remanded** to defendant for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

DATED: March 3, 2008

/ S /

_____
ANDREW J. WISTRICH
United States Magistrate Judge